IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WASHINGTON, D.C. REGIONAL COUNCIL OF CARPENTERS A/W UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO,<br>                Plaintiff,<br><br>        v.<br><br>ANTHONY PRICE and SANDRA PRICE d/b/a ALTERNATIVE DESIGN CO.,<br>                Defendants, | Civil Action No. 1:CV-00-1338<br><br>(Judge Kane) |

FILED
HARRISBURG
MAY - 9 2002
MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

### ORDER

**WHEREAS** this Court entered default judgment against Defendant Anthony Price on December 14, 2000; and

**WHEREAS** it appears Defendant Sandra Price d/b/a Alternative Design Company was not served in the above-captioned matter; and

**WHEREAS** Plaintiff has not otherwise pursued this action against Sandra Price; and

**WHEREAS** there has been no activity on this case since August 22, 2001;

**IT IS ORDERED THAT** the Clerk of Court shall close the file.

_____
Yvette Kane
United States District Judge

Dated: May 8, 2002.