Case No: 1:00-cv-1338    Document No: 19,   1 C

Edward G. Puhl
16 Lincoln Square
Gettysburg, PA 00000

FILED
HARRISBURG, PA
MAY 2 1 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

220 Baltimore St
Gettysburg, PA
17325

334-2159

The U. S. District Court for the Middle District of P
established a Fax/Noticing Program effective 2/1/0
To participate in the program, and receive notices
and judgments by electronic means, please comp
authorization form attached.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS

RTS RETURN TO SENDER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

Case No: 1:00-cv-1338   Document No: 19,   1 Copy Printed: May, 9, 2002  03:51 PM

Edward G. Puhl
16 Lincoln Square
Gettysburg, PA 00000

The U. S. District Court for the Middle District of PA has
established a Fax/Noticing Program effective 2/1/02.
To participate in the program, and receive notices of orders
and judgments by electronic means, please complete the
authorization form attached.

# United States District Court
# for the
# Middle District of Pennsylvania



Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS | CLERK'S OFFICE ADDRESS |
|---|---|
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Thomas M. Blewitt<br>Magistrate Judge Malachy E. Mannion | U.S. District Court<br>235 North Washington Ave.<br>P.O. Box 1148<br>Scranton, PA 18501 |
| Judge Yvette Kane<br>Judge Sylvia H. Rambo<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut St.<br>P.O. Box 983<br>Harrisburg, PA 17108 |
| Judge Malcolm Muir<br>Judge James F. McClure | U.S. District Court<br>240 West Third St.<br>Suite 218<br>Williamsport, PA 17701 |

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## AUTHORIZATION TO TRANSMIT NOTICE OF ORDERS AND JUDGMENTS VIA ELECTRONIC MEANS

The Clerk of Court for the U.S. District Court for the Middle District of Pennsylvania is hereby authorized to transmit notice of entries of judgments and orders by electronic means in any case in which this capability exists and the undersigned appears as the attorney of record.[1]

I understand it is my responsibility to provide the Clerk's Office with a number dedicated for facsimile transmission and/or e-mail address and to notify the Clerk's Office promptly in writing if the dedicated FAX number or e-mail address changes. I also understand this electronic notice will be in lieu of notice by mail.

Printed Name: _____

PA Bar ID: _____

Firm Name: _____

Address: _____

_____

Phone: _____

Signature: _____

Date: _____

---

**FAX NUMBER DEDICATED FOR NOTICE:** _____

**E-MAIL ADDRESS DEDICATED FOR NOTICE:** _____

(Note: e-mail feature will not be available until Spring 2002)

---

Mail, fax or e-mail this authorization to:   Clerk, U.S. District Court
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Fax (570) 207-5650   E-Mail: *mdpacourt @ pamd.uscourts.gov*

Please file only one authorization form. It will activate an account in all cases in which you are an attorney of record. You will receive notice by electronic means when your account has been established.

---

[1] February 1, 2002 - Social Security Cases and Criminal Cases are **not** included in the Middle District's progam at this time, but may be included in the future.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WASHINGTON, D.C. REGIONAL COUNCIL OF CARPENTERS A/W UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO,<br>     Plaintiff,<br><br>v.<br><br>ANTHONY PRICE and SANDRA PRICE d/b/a ALTERNATIVE DESIGN CO.,<br>     Defendants, | Civil Action No. 1:CV-00-1338<br><br>(Judge Kane)<br><br>FILED<br>HARRISBURG<br>MAY - 9 2002<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>         DEPUTY CLERK |

### ORDER

**WHEREAS** this Court entered default judgment against Defendant Anthony Price on December 14, 2000; and

**WHEREAS** it appears Defendant Sandra Price d/b/a Alternative Design Company was not served in the above-captioned matter; and

**WHEREAS** Plaintiff has not otherwise pursued this action against Sandra Price; and

**WHEREAS** there has been no activity on this case since August 22, 2001;

**IT IS ORDERED THAT** the Clerk of Court shall close the file.

_____
Yvette Kane
United States District Judge

Dated: May 8, 2002.